IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LWE NGAY,

Petitioner,

vs.

KOLBY FOOTE, Warden; TODD W. BLANCHE, U.S. Attorney General; MARKWAYNE MULLIN, Secretary of Homeland Security; and DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director of U.S. Immigration & Customs Enforcement;

Respondents.

**8:26CV673**

**MEMORANDUM AND ORDER**

Petitioner filed a Motion for Leave to Proceed in Forma Pauperis and utilized the Form AO 240. Filing No. 2. Petitioner signed the Form AO 240, but aside from his signature and his place of detention, the form was blank. *See Id*. The Clerk of Court requested a trust account statement from Petitioner's institution on November 2, 2026, *see* Filing No. 4, but the Court has received no response. Without information about Petitioner's financial status, the Court cannot determine whether he qualifies to proceed in district court without paying the required $5.00 filing fee. *See* 28 U.S.C. § 1914(a). Accordingly,

IT IS ORDERED:

1. Petitioner's motion to proceed in forma pauperis, Filing No. 2, is denied without prejudice.

2. The Clerk of the Court is directed to send to Petitioner the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. Petitioner shall have until **December 9, 2026**, to complete and sign the form and return it to the Court so that his eligibility to proceed without paying fees or costs can be determined. Alternatively, Petitioner may submit the $5.00 filing fee. Petitioner is advised that failing to submit either the completed form or the filing fee may result in dismissal of this case without further notice.

4. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **December 9, 2026**: Check for MIFP or payment.

Dated this 25th day of November, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge